## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Providence District of Rhode Island

Case Number: 1:22-CV-00160

Plaintiff:
**GITSIT Solutions, LLC FKA Kondaur Capital, LLC**

vs.

Defendant:
**Chong Sourivong, et al**

For:
Orlans PC (Mary Glover files)
P.O. Box 5041
Troy, MI 48007

Received by AAA CONSTABLE SERVICE (MA) on the 21st day of April, 2022 at 10:36 am to be served on **Chong Sourivong, 63 Felix Street, Providence, RI 02908.**

I, Paul G. Hughes**, being duly sworn, depose and say that on the **25th day of April, 2022 at 2:54 pm**, I:

SUBSTITUTE SERVED this **Summons, Complaint and Affidavit and Language Assistance Forms** on CASEY PRASATHANE, wife as SPOUSE of the within named defendant. Actual service location: (41.8339,-71.4281) accuracy 30 m.

**Military Status:** Deponent asked person spoken to whether the defendant was presently in the military service of the United States Government or the State of Rhode Island and was informed that the defendant was not.

**Description of Person Served:** Age: 70, Sex: F, Race/Skin Color: White, Height: 5'1", Weight: 100, Hair: Grey, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am a citizen of the US, over the age of eighteen years and I am not a party to, nor do I have any interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Before me on the 28th day of April, 2022 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

**LINDA G. HUGHES
NOTARY PUBLIC ID 51407
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APRIL 29, 2024**

Paul G. Hughes
Rhode Island Constable #6063

AAA CONSTABLE SERVICE (MA)
25 Hurd St
Lowell, MA 01852
(978) 453-8275

Our Job Serial Number: LOW-2022000494
Ref: 20-005502

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2f

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| GITSIT Solutions, LLC FKA Kondaur Capital, LLC | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-00160-JJM-LDA |
| Chong Sourivong; Casey Prasathane | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chong Sourivong
63 Felix Street
Providence, RI 02908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin Pierce, Esq. 9037
Orlans PC
P.O. Box 540540
Waltham, MA 02454

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 13, 2022

/s/ Hannrah Tver-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00160-JJM-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHONG SOURIVONG
was received by me on *(date)* 4/21/22.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* CASEY PRASATHANC (WIFE), a person of suitable age and discretion who resides there,
on *(date)* 4/25/22, and mailed a copy to the individual's last known address; or @ 2:54 PM

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/25/22

*Server's signature*

R.I. CONSTABLE # 6063
PAUL G. HUGHES

*Printed name and title*

7 EVK LN, CRANSTON, RI
*Server's address*

Additional information regarding attempted service, etc: