UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GITSIT SOLUTIONS, LLC FKA KONDAUR CAPITAL
CORPORATION

        VS.                          C.A. NO.: .22-CV-160 JJM

CASEY PRASATHANE
CHONG SOURIVONG

### MOTION FOR EXTENSION OF TIME

Defendants, by their attorney, move this Court for an Extension of Time to answer or otherwise respond to Plaintiff's complaint to June 15, 2022. The Defendants need additional time to respond as they have just hired their attorney for this case and Plaintiff's attorney is no longer an employee of Orlans PC.

                                            CASEY PRASATHANE
                                            CHONG SOURIVONG

                                            By their Attorney,

May 15, 2022                           /s/ John B. Ennis
                                            John B. Ennis, Esq. #2135
                                            1200 Reservoir Avenue
                                            Cranston, RI 02920
                                            401-943-9230
                                            jbelaw75@gmail.com

2

## CERTIFICATION

I hereby certify that I served a copy of the above Motion to Extend Time to June 15, 2022 by electronic filing to Justin Pierce, Esq.  on May 15, 2022

/s/ John B. Ennis